FILED

CM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BAILEY, et al.,

          Plaintiffs,

v.                                          CASE NO. 8:01-cv-53-T-23EAJ

GULFCOAST TRANSPORTATION, INC.,
et al.,

          Defendants.
_____/

## O R D E R

On February 9, 2001, the Court held a hearing on the plaintiffs' motions for a preliminary injunction and for a limitation on the defendants' *ex parte* communication with the plaintiffs. In accordance with discussions at the hearing, it is **ORDERED** that, on or before **February 16, 2001**, the plaintiffs shall file:

(1) a supplemental memorandum, not to exceed seven pages, addressing the right of a private party plaintiff to obtain a preliminary injunction under the Fair Labor Standards Act in light of the Eleventh Circuit's ruling in Powell v. State of Florida, 132 F.3d 677 (11th Cir. 1998); and

(2) a modified proposed order granting the plaintiffs' motion for preliminary injunction and motion for a limitation of *ex parte* communication.

ORDERED in Tampa, Florida, on ___*February 9th*___, 2001.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

24