UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BAILEY, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:01-cv-53-T-23EAJ

GULF COAST TRANSPORTATION, INC.,
et al.,

    Defendants.
_____/

## ORDER

The Court is advised that the parties have agreed to dismiss their claims. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on _March 4th_, 2002.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Courtroom Deputy
        Counsel of Record



Date Printed: 03/05/2002

Notice sent to:

   ___   Sam J. Smith, Esq.
Burr & Smith, LLP
442 W. Kennedy Blvd.
Grand Central Place, Suite 300
Tampa, FL  33606

   ___   David J. Sockol, Esq.
Sockol & Associates, P.A.
Plaza Tower, Suite 1401
111 2nd Ave. N.E.
St. Petersburg, FL  33701

   ___   Stacey Klein Verde, Esq.
Burr & Smith, LLP
442 W. Kennedy Blvd., Suite 300
Tampa, FL  33606

   ___   Marguerite M. Longoria, Esq.
Burr & Smith, LLP
442 W. Kennedy Blvd., Suite 300
Tampa, FL  33606

   ___   Thomas C. Garwood Jr., Esq.
Ford & Harrison LLP
815 N. Garland Ave.
P.O. Box 60
Orlando, FL  32802-0060

   ___   Lori R. Benton, Esq.
Ford & Harrison LLP
815 N. Garland Ave.
P.O. Box 60
Orlando, FL  32802-0060